ACCEPTED
03-15-00314-CV
7692175
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 8:45:16 AM
JEFFREY D. KYLE
CLERK

# STONE LOUGHLIN & SWANSON, LLP

ATTORNEYS AT LAW

DAN PRICE
DPRICE@SLSAUSTIN.COM

P.O. BOX 30111
AUSTIN, TEXAS 78755
512.343.1300
512.343.1385 FAX

WWW.SLSAUSTIN.COM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 8:45:16 AM
JEFFREY D. KYLE
Clerk

November 5, 2015

**Via E-Filing**
Jeffery D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re:     *California Insurance Guarantee Association, Oklahoma Property and Casualty Insurance Guaranty Association and Texas Property and Casualty Insurance Guaranty Association v. Hill Brothers Transportation, Inc.*, Cause No. 03-15-00314-CV, in the 3rd Court of Appeals Texas, Trial Court No. D-1-GN-09-001010; SLS No. 21744

Dear Mr. Kyle:

Appellants California Insurance Guarantee Association, Oklahoma Property and Casualty Insurance Guaranty Association, and Texas Property and Casualty Insurance Guaranty Association provide notice to the Court and to Appellee Hill Brothers Transportation, Inc. that Appellants intend to argue this case before the Court on December 2, 2015, at 9 a.m.

The undersigned will argue on behalf of all Appellants.

Very truly yours,

STONE LOUGHLIN & SWANSON, LLP

Dan Price
DP/rer
G:\SLS\21744\Correspondence\2015-11-05 DP to 3rd COA (Intent to Argue Case).wpd

cc:     **Via E-Filing**
        Patrick Pearsall
        Adrian Ciechanowicz
        DUGGINS WREN MANN & ROMERO, LLP
        P.O. Box 1149
        Austin, Texas 78767-1149

OFFICES LOCATED AT 3508 FAR WEST BOULEVARD, SUITE 200, AUSTIN, TEXAS 78731